**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____ Alexandria _____ Division

In re   Kingdom Ambassador Center & Ministry, Inc.

Case No.   26-11758-BFK

Debtor(s)

Chapter    11

## ORDER OF DESIGNATION

     An order for relief under Title 11 U.S.C., Chapter _11_ having been entered on the petition filed in this case on _7/22/26_ ; it is, therefore

     **ORDERED** that _Dauda M. Keita, Senior Pastor_ is designated by the Court to perform the duties imposed upon the debtor by the Bankruptcy Code. This designation shall remain in effect during the entire pendency of this case until altered by order of this Court; and it is further

     **ORDERED** that the Clerk mail a copy of this order to the designee, the attorney for the debtor, the trustee, and the United States Trustee.

Date: _Jul 24 2026_

_/s/ Brian F Kenney_
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET
_Jul 24 2026_

[ver. 12/03]